UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSEF VOLMAN, :
:
Plaintiff, :
: 22-CV-2373 (JMF)
-v- :
: ORDER
:
YANKEE PIZZA RESTAURANT INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants' answer in this case was originally due April 27, 2022. *See* ECF Nos. 10-11. When no answer was filed, the Court scheduled a default judgment hearing. *See* ECF No. 12. Counsel for Defendants then appeared and moved for a thirty-day extension of the answer deadline and an adjournment of the default judgment briefing schedule. *See* ECF Nos. 13-14. The Court granted these requests, and Defendants' answer was due July 20, 2022. *See* ECF Nos. 15-16. No answer has yet been filed. Accordingly, Defendants appear to be in default once again.

      Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall electronically serve a copy of this Order on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: July 26, 2022  
      New York, New York  
                                           JESSE M. FURMAN  
                                           United States District Judge